# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) ) Plaintiff, ) ) v. ) ) UNITED STATES ) DEPARTMENT OF JUSTICE, ) ) Defendant. ) | Civil Action No. 13-0949 (ESH) |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion for summary judgment [ECF No. 10] is **GRANTED,** and plaintiff's cross-motion motion for partial summary judgment [ECF No. 12] is **DENIED.** The above-captioned case is **DISMISSED WITH PREJUDICE**.

                                                          /s/
                                  ELLEN SEGAL HUVELLE
                                  United States District Judge

DATE: May 12, 2014